**COMPREHENSIVE CASE INFORMATION SYSTEM**
Stacy M. Butterfield, CPA, Clerk of the Circuit Court & Comptroller — POLK COUNTY CCIS

eportaluser

Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 532019CA003226000000 [532019CA003226000000] | 08/01/2019 | POLK | | CASE OPEN | No | No |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 08/01/2019 | NEGLIGENCE OTHER | YES | NO | - |

10 ▼

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HILL II, GERALD P | JUDGE | | |
| NGALAMULUME GUILLAUME | PLAINTIFF | HOVSEPIAN, JOSEPH JOHN | 543810 |
| SHEEHY TIMOTHY | DEFENDANT | PANTELOPOULOS, NICHOLAS E. | 103751 |
| GUILLAUME NGALAMULUME AS GUARD | PLAINTIFF | HOVSEPIAN, JOSEPH JOHN | 543810 |
| ESTATE OF JAMES WAGNER | DEFENDANT | | |
| ROWE RICHARD | DEFENDANT | | |
| E S P AVIATION LLC | DEFENDANT | | |
| MES RATING | DEFENDANT | | |
| HOVESPIAN JOSEPH J ESQ | ATTORNEY | | |
| PANTELOPOULOS NICHOLAS E | ATTORNEY | | |

**Dockets**

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 6 | 09/05/2019 | DEFENDANT TIMOTHY SHEEHYS UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT | 3 |
| | 7 | 09/05/2019 | AGREED ORDER GRANTING DEFENDANT TIMOTHY SHEEHYS UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | 1 |
| | 5 | 09/04/2019 | LETTER FROM ATTORNEY'S OFFICE / RECEIVED BY JUDGE | 1 |
| | 9 | 08/30/2019 | DEFENDANT TIMOTHY SHEEHY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT | 3 |
| | 8 | 08/30/2019 | NOTICE OF APPEARANCE | 2 |
| | 4 | 08/08/2019 | PLAINTIFFS DESIGNATION OF EMAIL ADDRESS | 2 |
| | 3 | 08/08/2019 | SUMMONS ISSUED BY CLERK ON TIMOTHY SHEEHY | 3 |
| | 1 | 08/01/2019 | CIVIL COVER SHEET | 2 |
| | 2 | 08/01/2019 | COMPLAINT | 15 |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**

# EXHIBIT B
# TO NOTICE OF REMOVAL

FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>TENTH</u> JUDICIAL CIRCUIT,
IN AND FOR <u>POLK</u> COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Guillaume Ngalamulume, C N</u>
Plaintiff
vs.

<u>Estate of James Wagner, Richard Rowe, Timothy Sheehy, E S P Aviation, LLC, MES RATING</u>
Defendant

II. **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☐ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☐ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**III.**   **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☐ Non-monetary declaratory or injunctive relief;
    ☐ Punitive

**IV.**   **NUMBER OF CAUSES OF ACTION: (    )**
    (Specify)

    8

**V.**   **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ Yes
    ☒ No

**VI.**   **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

**VII.**   **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature s/ Joseph John Hovsepian Sr.        FL Bar No.: 543810
            Attorney or party                                                            (Bar number, if attorney)


    Joseph John Hovsepian Sr.        08/01/2019
            (Type or print name)                                                                    Date

Filing # 93894919 E-Filed 08/08/2019 04:37:09 PM

IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

GUILLAUME NGALAMULUME
(As Guardian of C.N.)
And GUILLAUME NGALAMULUME

    Plaintiffs,

                                          Case No. 2019CA003226000000

vs.

*The Estate of* JAMES WAGNER, RICHARD ROWE *As An Individual*,
TIMOTHY SHEEHY *As An Individual*,
E.S.P. AVIATION, LLC. *A Foreign For Profit Corporation*
and MES Rating.

    Defendants.
_____/

## SUMMONS

THE STATE OF FLORIDA:

    YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint in this action, including Designation of E-Mail Addresses, Interrogatories, Request to Produce and Request for Admissions on the Defendant:

**Timothy Sheehy**
**90 Aviation lane,**
**Belgrade MT, 59714**

    The Defendant is hereby required to serve written defenses to said Complaint or Petition on Joseph Hovsepian Jr. of the BROOKS LAW GROUP, P.A., Plaintiffs' attorney, whose address is 123 First Street North, Winter Haven, Florida 33881, within twenty (20) days after service of this Summons on Defendant, exclusive of the date of service, and to file the original of said written defenses with the clerk of this court either before service on Plaintiffs' attorney or immediately thereafter. If Defendant fails to do so, a default will be entered against the Defendant for the relief demanded in the Complaint.

    WITNESS my hand and seal of this court on    08/09/2019

STACY BUTTERFIELD
As Clerk of the Court

By: _____

EXHIBIT B
TO NOTICE OF REMOVAL

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case and your wages, money and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court, you must also mail or take a copy of your written response to the "Plaintiff's/Plaintiffs' Attorney" named.

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 dias, contados a partir del recibo de esta notifiacion. Para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesada. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff's/Plaintiffs' Attorney" (Demandante o Abogado del Demandante).

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposezpas votre reponseecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, san aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une response ecrite, il vous faudra egalement, en

)19CA-003226-0000-00   Received in Polk 08/08/2019 04:55 PM

**EXHIBIT B**
**TO NOTICE OF REMOVAL**

meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff's/Plaintiffs' Attorney" (Plaignant ou a son avocat) nomme ci dessous.

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Office of the Court Administrator, (863) 534-4690, within two (2) working days of your receipt of this Summons; if you are hearing or voice impaired, call TDD (863) 534-7777 or Florida Relay Service (800) 955-8770.

IN THE CIRCUIT COURT FOR THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

GUILLAUME NGALAMULUME
(As Guardian of C.N.)
And GUILLAUME NGALAMULUME

    Plaintiffs,

Case No. 2019CA003226000000

vs.

*The Estate of* JAMES WAGNER, RICHARD ROWE *As An Individual*,
TIMOTHY SHEEHY *As An Individual*,
E.S.P. AVIATION, LLC. *A Foreign For Profit Corporation*
and MES Rating.

    Defendants.

_____/

**PLAINTIFFS' DESIGNATION OF E-MAIL ADDRESS**

Plaintiffs, GUILLAUME NGALAMULUME AND GUILLAUME NGALAMULUME, by and through their undersigned counsel and pursuant to Fla. R. of Jud. Admin. 2.516, hereby designate the following e-mail addresses for counsel:

| | |
|---|---|
| Attorney: | Charles M. Laycock, Jr. |
| Primary e-mail: | Charles@brookslawgroup.com |
| Secondary e-mail: | Joe@brookslawgroup.com |
| | Tim@brookslawgroup.com |
| | Robin@brookslawgroup.com |

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by service of process to Timothy Sheehy 90 Aviation Lane, Belgrade MT, 59714.

**DATED** this 8th day of August, 2019.

**/s/ Joseph Hovsepian Jr.**
Florida Bar No.: 543810
Brooks Law Group, P. A.
123 First Street North
Winter Haven, FL 33881
Joe@brookslawgroup.com
Charles@brookslawgroup.com
Tim@brookslawgroup.com
Robin@brookslawgroup.com
Tel:    (863) 299-1962
Fax:   (863) 595-2239
Attorney for Plaintiffs

|  |  |
|---|---|
|  | IN THE CIRCUIT COURT FOR THE 10TH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA |
| GUILLAUME NGALAMULUME (As Guardian of C.N.) and GUILLAUME NGALAMULUME, | CIVIL DIVISION CASE NO.: 2019 CA 003226 |

Plaintiffs,

vs.

The Estate of JAMES WAGNER,
RICHARD ROWE, As an Individual,
TIMOTHY SHEEHY, As An Individual,
E.S.P. AVIATION, LLC, A Foreign For Profit
Corporation, and MES RATING,

Defendants.
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Nicholas E. Pantelopoulos of KMA ZUCKERT LLC enters his appearance as counsel for Defendant TIMOTHY SHEEHY and requests this Court and counsel for all interested parties serve the undersigned with copies of all future papers filed herein, at the address provided below.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF, which served the document by E-Mail, or provided a link by E-Mail to the document maintained by the Clerk of Court upon Plaintiff's counsel, Joseph J. Hovsepian, Esq. at joe@brookslawgroup.com, or upon counsel's designated email address on the same date.

August 30, 2019

    Respectfully submitted,

    KMA ZUCKERT LLC

    */s/ Nicholas E. Pantelopoulos*
    _____
By: Nicholas E. Pantelopoulos (FBN 103751)
    355 Alhambra Circle, Suite 1201
    Coral Gables, Florida 33134
    Telephone: (305) 506-2052
    Facsimile: (305) 675-7606
    Email: nep@kmazuckert.com

    *Attorneys for Defendant*
    Timothy Sheehy



KMA Zuckert LLC
355 Alhambra Circle
Suite 1201
Coral Gables, Florida 33134
Tel (305) 506-2050
Fax (305) 675-7606
www.kmazuckert.com

Nicholas E. Pantelopoulos
+1.305.506.2052 Direct
nep@kmazuckert.com

August 30, 2019

**VIA First Class Mail**

Hon. Gerald P. Hill, II
Judge of the Circuit Court
Polk County Courthouse
P.O. Box 9000, Drawer J-109
Bartow, Florida 33831-9000

*RECEIVED*

*SEP 04 2019*

Judge Gerald P. Hill, II

RE: *Guillaume Ngalamulume, et al. v. The Estate of James Wagner, et al.*
Case No.: 2019 CA 003226
***Proposed** Agreed Order Granting Defendant Timothy Sheehy's Unopposed Motion for Extension of Time to Respond to Complaint*

Dear Judge Hill:

We represent Defendant, Timothy Sheehy, in the referenced action. Enclosed, please find Defendant's *Unopposed* Motion for Extension of Time to Serve a Response to the Complaint, a proposed Agreed Order, and self-addressed stamped envelopes addressed to all counsel of record. We previously conferred with Plaintiffs' counsel and he has consented to the extension and has no objections to the contents of the Order.

We thank the Court for its time and consideration.

Respectfully submitted,

KMA ZUCKERT LLC

Nicholas E. Pantelopoulos

NEP/JH

Enclosures

cc:   Joseph J. Hovesepian, Esq.

CHICAGO • MIAMI • NEW YORK • WASHINGTON, D.C.

**EXHIBIT B
TO NOTICE OF REMOVAL**

Filing # 95067297 E-Filed 08/30/2019 04:06:20 PM

IN THE CIRCUIT COURT FOR THE 10TH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA

GUILLAUME NGALAMULUME
(As Guardian of C.N.) and
GUILLAUME NGALAMULUME,

CIVIL DIVISION

CASE NO.: 2019 CA 003226

Plaintiffs,

vs.

The Estate of JAMES WAGNER,
RICHARD ROWE, As an Individual,
TIMOTHY SHEEHY, As An Individual,
E.S.P. AVIATION, LLC, A Foreign For Profit
Corporation, and MES RATING,

Defendants.
_____/

## DEFENDANT TIMOTHY SHEEHY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT

Defendant TIMOTHY SHEEHY (hereinafter "SHEEHY") by and through his undersigned counsel, serves this Unopposed Motion for an Extension of Time to Serve a Response to the Complaint herein, and in support states the following:

1. This is an action seeking damages for alleged personal injuries and property damage.

2. Defendant SHEEHY is an out-of-state resident and was served with the Summons and Complaint on August 12, 2019.

3. Defendant SHEEHY's responsive pleading is due on September 3, 2019.

4. The undersigned counsel was recently retained and has not yet had the opportunity to investigate the claims and allegations alleged in the Complaint to reasonably respond to the Complaint herein.

FILED IN THIS OFFICE

SEP 05 2019

CLERK CIRCUIT COURT

EXHIBIT B
TO NOTICE OF REMOVAL

5.   Accordingly, Defendant SHEEHY respectfully requests a 30-day extension of time to respond to the Complaint up to and including October 4, 2019.

6.   The undersigned certifies that we have conferred with Plaintiff's counsel in a good faith effort to resolve the issues raised in the motion, and Plaintiff's counsel has advised that he consents to this 30-day extension of time to respond to the Complaint up to and including October 4, 2019, and accordingly, does not oppose the requested relief.

WHEREFORE, Defendant SHEEHY, respectfully requests that the Court issue an Order granting Defendant SHEEHY a 30-day extension of time to respond to the Complaint herein up to and including October 4, 2019, and for such other and further relief as the Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of August, 2019, I electronically filed the foregoing document with the Clerk of Court via the Court's CM/ECF, which served the document by E-Mail, or provided a link by E-Mail to the document maintained by the Clerk of Court upon Plaintiff's counsel, Joseph J. Hovsepian, Esq. at joe@brookslawgroup.com, or upon counsel's designated email address on the same date.

August 30, 2019

    Respectfully submitted,

    KMA ZUCKERT LLC

    */s/ Nicholas E. Pantelopoulos*

    By: Nicholas E. Pantelopoulos (FBN 103751)
    355 Alhambra Circle, Suite 1201
    Coral Gables, Florida 33134
    Telephone: (305) 506-2052
    Facsimile:  (305) 675-7606
    Email: nep@kmazuckert.com

**EXHIBIT B
TO NOTICE OF REMOVAL**

*Attorneys for Defendant*
Timothy Sheehy

EXHIBIT B
TO NOTICE OF REMOVAL

IN THE CIRCUIT COURT FOR THE 10TH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FLORIDA

CIVIL DIVISION

GUILLAUME NGALAMULUME
(As Guardian of C.N.) and
GUILLAUME NGALAMULUME,

CASE NO.: 2019 CA 003226

Plaintiffs,

vs.

The Estate of JAMES WAGNER,
RICHARD ROWE, As an Individual,
TIMOTHY SHEEHY, As An Individual,
E.S.P. AVIATION, LLC, A Foreign For Profit
Corporation, and MES RATING,

Defendants.
_____/

## AGREED ORDER GRANTING DEFENDANT TIMOTHY SHEEHY'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

**THIS CAUSE** having come before the Court on Defendant TIMOTHY SHEEHY's Unopposed Motion For Extension of Time to file a response to the Complaint herein, the parties being in Agreement thereof, and the Court being otherwise advised in the premises, it is hereby,

**ORDERED AND ADJUDGED THAT** said Motion is granted and Defendant TIMOTHY SHEEHY shall have until October 4, 2019 to file a response to the Complaint.

**DONE AND ORDERED** this 4th day of September, 2019 in Polk County, Florida.

_____
GERALD P. HILL, II
CIRCUIT JUDGE

Copies furnished to all counsel of record

Conformed Copies Mailed:

Kimberly L. Jenkins
Kimberly Jenkins, Judicial Assistant
to Circuit Judge Gerald P. Hill, II

**EXHIBIT B**
**TO NOTICE OF REMOVAL**