COMPREHENSIVE CASE INFORMATION SYSTEM
Stacy M. Butterfield, CPA, Clerk of the Circuit Court & Comptroller
POLK COUNTY CCIS
eportaluser

Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 532019CA003226000000 [532019CA003226000000] | 08/01/2019 | POLK | | CASE OPEN | No | No |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 08/01/2019 | NEGLIGENCE OTHER | YES | NO | - |

10 ▼

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| HILL II, GERALD P | JUDGE | | |
| NGALAMULUME GUILLAUME | PLAINTIFF | HOVSEPIAN, JOSEPH JOHN | 543810 |
| SHEEHY TIMOTHY | DEFENDANT | PANTELOPOULOS, NICHOLAS E. | 103751 |
| GUILLAUME NGALAMULUME AS GUARD | PLAINTIFF | HOVSEPIAN, JOSEPH JOHN | 543810 |
| ESTATE OF JAMES WAGNER | DEFENDANT | | |
| ROWE RICHARD | DEFENDANT | | |
| E S P AVIATION LLC | DEFENDANT | | |
| MES RATING | DEFENDANT | | |
| HOVESPIAN JOSEPH J ESQ | ATTORNEY | | |
| PANTELOPOULOS NICHOLAS E | ATTORNEY | | |

**Dockets**

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | 6 | 09/05/2019 | DEFENDANT TIMOTHY SHEEHYS UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT | 3 |
| | 7 | 09/05/2019 | AGREED ORDER GRANTING DEFENDANT TIMOTHY SHEEHYS UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT | 1 |
| | 5 | 09/04/2019 | LETTER FROM ATTORNEY'S OFFICE / RECEIVED BY JUDGE | 1 |
| | 9 | 08/30/2019 | DEFENDANT TIMOTHY SHEEHY'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO SERVE RESPONSE TO COMPLAINT | 3 |
| | 8 | 08/30/2019 | NOTICE OF APPEARANCE | 2 |
| | 4 | 08/08/2019 | PLAINTIFFS DESIGNATION OF EMAIL ADDRESS | 2 |
| | 3 | 08/08/2019 | SUMMONS ISSUED BY CLERK ON TIMOTHY SHEEHY | 3 |
| | 1 | 08/01/2019 | CIVIL COVER SHEET | 2 |
| | 2 | 08/01/2019 | COMPLAINT | 15 |

**Judge Assignment History**

**Court Events**

**Financial Summary**

**Reopen History**